**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| DEBRA SETTLE and SETTLE PROPERTY | ) | |
| MANAGEMENT, LLC, | ) | Case No.  2:20-cv-12 |
| | ) | |
| Plaintiffs, | ) | **NOTICE OF REMOVAL OF** |
| | **)** | **ACTION UNDER 28 U.S.C. § 1441** |
| v. | ) | **(Diversity Jurisdiction)** |
| | ) | |
| TRAVELERS CASUALTY INSURANCE | ) | LAKE CIRCUIT COURT |
| COMPANY OF AMERICA, | ) | LAKE COUNTY, INDIANA |
| | ) | |
| Defendant. | ) | CAUSE NO. 45C01-1912-CT-001280 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, TRAVELERS CASUALTY INSURANCE

COMPANY OF AMERICA ("Travelers"), by and through its attorneys, pursuant to 28 U.S.C. §§

1332, 1441(a) and 1446, hereby removes to this Court the state court action described below:

1.      On or about December 11, 2019, Plaintiffs, DEBRA SETTLE ("Settle") and

SETTLE PROPERTY MANAGEMENT, LLC ("Settle LLC"), filed an action in the Lake

Circuit Court, Lake County, Indiana, under Case No. 45C01-1912-CT-001280, against

Defendant Travelers.  Plaintiffs' Complaint is attached hereto as Exhibit A and incorporated

herein by reference.

2.      On December 11, 2019, a representative of Travelers received a copy of the

Complaint and Summons by email from Plaintiffs' attorney.  The Lake Circuit Court Case

Summary does not show proof or return of service.

3.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) and (2)(B) as it is filed within thirty (30) days after Travelers' receipt of Plaintiffs' Complaint on or after December 11, 2019.

4.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Travelers pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5.      At the time the Complaint was filed, and at all times subsequent thereto, Plaintiff Settle was and is a citizen of the State of Indiana.

6.      At the time the Complaint was filed, and at all times subsequent thereto, Plaintiff Settle LLC was and is a single member, domestic limited liability company of the State of Indiana, whose single member is Settle, a citizen of the State of Indiana.

7.      At the time the Complaint was filed, and at all times subsequent thereto, Defendant Travelers was and is a Connecticut corporation with its principal place of business in the State of Connecticut.

8.      Pursuant to Plaintiffs' Complaint, the amount in controversy exceeds $120,000.

WHEREFORE, Defendant, TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, prays that the above-entitled cause, currently pending in Lake Circuit Court, Lake County, Indiana, under Case No. 45C01-1912-CT-001280, be removed therefrom to the United

States District Court for the Northern District of Indiana and that this cause proceed in this Court as

an action properly removed thereto.

Respectfully submitted,

/s/ James B. Glennon
James B. Glennon
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312.863.5000
312.863.5099/fax
jglennon@fgppr.com

Attorneys for Defendant,
TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, on oath, subject to penalty of perjury, state that I served the *Notice of Removal* and *Appearance*, by mailing a copy to all counsel of record, at the address set forth below and depositing same in the U.S. Mail at 222 N. LaSalle Street, Suite 1400, Chicago, Illinois 60601, before 5:00 p.m. on January 10, 2020, with postage prepaid, and by emailing to all counsel of record, at the email address set forth below.

Matthew Bruce Dogan
Dogan and Dogan
6062 Lute Road
Portage, IN 46368
mattdogan@doganlaw.com

/s/ James B. Glennon
James B. Glennon
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312.863.5000
312.863.5099/fax
jglennon@fgppr.com