| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE _____COURT, |
| | ) SS: | ROOM NUMBER_____, |
| COUNTY OF LAKE | ) | _____, INDIANA. |

DEBRA SETTLE and )
SETTLE PROPERTY )
 MANAGEMENT, LLC )
  )
          Plaintiffs, )     CAUSE NUMBER:
  )
     VS )     45C01-1912-CT-001280
  )
TRAVELERS CASUALTY )
INSURANCE COMPANY OF )
AMERICA )
  )
  )
        Defendants. )

## COMPLAINT FOR BREACH OF CONTRACT

## COUNT ONE

Come now the Plaintiffs, Debra Settle and Settle Property Management, LLC, by counsel, Matthew B. Dogan, and file this Complaint against the Defendant, Travelers Casualty Insurance Company Of America, and in support thereof alleges and state the following:

1. That the Plaintiffs, Debra Settle and Settle Property Management, LLC, purchased a liability coverage policy from the Defendant, Travelers Casualty Insurance Company Of America, and duly paid all required premiums for the purchase of said policy, and completed all necessary documents and other steps in furtherance of the issuance of that policy and as renewed.

2. That a contract of insurance was issued by the Defendant, Travelers Casualty Insurance Company Of America, insuring the Plaintiffs, Debra Settle and Settle Property Management, LLC, and therefore coverage for the Plaintiff was in effect on or about April 30, 2017 under said policy and as renewed.  (See attached contract of insurance, which is attached hereto and is hereby incorporated as a part of this complaint and labeled "Exhibit A".)

3.  That the Plaintiffs, Debra Settle and Settle Property Management, LLC, purchased a liability coverage policy from the Defendant, Travelers Casualty Insurance Company Of America, and duly paid all required premiums for the purchase of said policy, and completed all necessary documents and other steps in furtherance of the issuance of that policy and as renewed.

4.  That a claim arose concerning vandalism committed upon the insured's property on or about June of 2017.

5.  That Defendant, Travelers Casualty Insurance Company Of America, was duly notified of said claim, and any and all inquiries by said Defendant regarding said claim were promptly answered by the Plaintiffs and/or their agents, herein as required by the contact of insurance as issued by the Defendant herein.

6.  That Defendant, Travelers Casualty Insurance Company Of America, never instructed Plaintiffs of any further obligations owed to Travelers Casualty Insurance Company Of America other than what was communicated by Ms. Jennifer Gross of Travelers Casualty Company Of America.

7. That Defendant, Travelers Insurance Company Of America, informed the insured that they were denying Plaintiffs' claims on September 19, 2019.

8.  That Defendant, Travelers Casualty Insurance Company Of America, has misinterpreted said insurance contract as issued by it so as to wrongfully deny coverage for the claim presented by the Plaintiffs.

9.  That suit was filed on the alleged claim of vandalism against the insured property against Debra Settle's brother, Daniel Divich, in the Lake Superior Court, Civil Division 1 in Lake County, Indiana on or about February 4, 2019, and notice of that cause of action was provided to the Defendants herein.

10. That said policy from Travelers Casualty Insurance Company Of America clearly provided coverage for the claim presented by the Plaintiffs.

11. That the Plaintiffs, Debra Settle and Settle Property Management, LLC were required to expend large amounts of funds in order to remedy the destruction and remediate further damages to the premises from the alleged vandalism.

12. That the Plaintiffs, Debra Settle and Settle Property Management, LLC have received estimates in excess of $100,000.00 in order to perform a permanent repair and proper remediation upon the property.

WHEREFORE, Plaintiffs, Debra Settle and Settle Property Management, LLC, pray for judgment against the Defendant, Travelers Casualty Insurance Company Of America, for contractual damages in the sum of One-hundred-twenty-thousand ($120,000.00) Dollars, and for all other just and proper relief in the premises.

DOGAN AND DOGAN, ATTORNEYS AT LAW


By:_____
MATTHEW B. DOGAN
Attorney for Plaintiffs
Attorney I.D. No. 35209-64
6062 Lute Rd.
Portage, Indiana 46368
(219) 764-0100

## COUNT TWO

Come now the Plaintiffs, Debra Settle and Settle Property Management, LLC, for Count Two of its Complaint against the Defendants herein, Travelers Casualty Insurance Company Of America, and further allege and state the following:

13. That the Plaintiffs, Debra Settle and Settle Property Management, LLC, hereby incorporates rhetorical paragraphs one through twelve as rhetorical paragraphs one through twelve of this, Count Two of Plaintiff's Complaint against the Defendants herein, Travelers Casualty Insurance Company Of America.

14. That Defendants, Travelers Casualty Insurance Company Of America, intentionally refused to afford insurance coverage to the Plaintiffs, Debra Settle and Settle Property Management, LLC, despite their knowledge that said insurance coverage should have been provided, which actions constitute bad faith under the laws of the State of Indiana.

15. That the Defendant, Travelers Casualty Insurance Company Of America deceived the insured and caused unfounded delay by inevitably denying Plaintiffs, Debra Settle's and Settle Property Management, LLC's claim.

16. That said denial of insurance coverage was wrongful, and was made with a lack of good faith and fair dealing, and therefore the Plaintiffs, Debra Settle and Settle Property Management, LLC, pray for, additional punitive damages against said Defendants, for their bad faith denial of said coverage.

17. That the Plaintiffs, Debra Settle and Settle Property Management, LLC, were required to expend large amounts of funds in order to remedy the insured's property due to the wrongful bad faith denial of coverage by the Defendants, Travelers Casualty Insurance Company Of America.

18. That the insurer (Travelers Casualty Insurance Company Of America) chose to ignore relevant evidence and therefore denied the Plaintiff's claims with no legitimate basis.

WHEREFORE, Plaintiffs, Debra Settle and Settle Property Management, LLC, prays for judgment against the Defendants, Travelers Casualty Insurance Company Of America, for contractual damages in the sum of One Hundred Twenty Thousand ($120,000.00) Dollars, and for a reasonable sum as to be determined by the court for punitive damages against the Defendants, Travelers Casualty Insurance Company Of America, and for all other just and proper relief in the premises.

DOGAN AND DOGAN, ATTORNEYS AT LAW

By:_____
MATTHEW B. DOGAN
Attorney for Plaintiffs
Attorney I.D. No. 35209-64
6062 Lute Rd.
Portage, Indiana 46368
(219) 764-0100

# HAYWOOD AND FLEMING ASSOCIATES
### Risk Management ♦ Insurance ♦ Employee Benefits

SCANNE
JUN 19 2017

June 6, 2017

Mr. Thomas Dogan, Attorney at Law
1605 Adler Circle, Suite G
Portage, Indiana   46368

Re:   Commercial Package Insurance
       Debra Wurster-Settle
       C/O Settle Property Management LLC
       Policy #680-7B753894
       Travelers Insurance Company
       Effective: 4/30/2017 – 4/30/2018

Dear Attorney Dogan:

Thank you for allowing our local firm to handle your commercial insurance and risk
management needs for you.  We are pleased to enclose your policy documents from the
Travelers Insurance Company.

Upon your review, please feel free to contact me with any questions or concerns.  We look
forward to being of continued service to you.

Cordially,

Leslie Skinner-Leslie
Vice President/Marketing and Operations





# Commercial Package Insurance Summary

**Insured:** **Debra Wurster-Settle**
**c/o Settle Property Management LLC**
**1605 Adler Circle, Ste G, Portage, IN 46368**

**Locations:** **648-650 South Lake Street**
**Gary, Indiana 46403**

**Company:** **Travelers Insurance Company**

**Term:** **April 30, 2017 – April 30, 2018**

**Coverage:** **Commercial Package:**
**Property Coverage:**

| | |
|---|---|
| Building | $3,000,000 |
| Business Personal Property | $5,000 |
| Business Income | Actual Loss for 12 Consecutive Months |
| Sewer or Drain Backup | $50,000 |
| Deductible | $5,000 |
| Special Risks | |
| Replacement Cost Valuation | |

**Liability Coverage:**

| | |
|---|---|
| General Aggregate | $2,000,000 |
| Products-Completed Operations Aggregate | $2,000,000 |
| Each Occurrence | $1,000,000 |
| Personal and Advertising Injury | $1,000,000 |
| Damage to Rented Premises – Any One Premises | $300,000 |
| Medical Expense – Any One Person | $5,000 |
| Non-Owned and Hired Automobile Liability | Included |
| Employment Practices Liability: | |
| Limit (Defense Expenses included within limit) | $100,000 |
| Retention | $2,500 |
| Identity Fraud Expense Reimbursement Limit | $2,500 |
| Deductible | None |

| | |
|---|---|
| **Total Premium:** | **$5,352.00** |



**TRAVELERS**

**Report Claims Immediately by Calling***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting



# BUILDING PAC

**OFFICE**



**A Custom Insurance Policy Prepared for:**

648 LAKE STREET LLC
C/O 1ST AMERICAN MANAGEMENT COMPANY, I
JOHN MARSHALL, CPM
3408 ENTERPRISE AVENUE
VALPARAISO IN 46383

**Presented by:  HAYWOOD AND FLEMING ASSC**

OTHER INTEREST                        **CHANGE ENDORSEMENT**

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

**Named Insured:** DEBRA WURSTER

**Policy Number:** 680-7B753894-17-42
**Policy Effective Date:** 04/30/2017
**Policy Expiration Date:** 04/30/2018
**Issue Date:** 05/01/2017
**Premium $** NIL

Effective from **04/30/17** at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

On the Common Policy Declarations, Item 1. Named Insured, is changed
to:
DEBRA WURSTER-SETTLE

The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing
on the policy:
IL T0 07 09 87

NAME AND ADDRESS OF AGENT OR BROKER         Countersigned by

**HAYWOOD AND FLEMING ASSC**
**650 S LAKE ST**

                                             Authorized Representative
**GARY**                **IN  46403**

DATE: **05/01/2017**

**IL T0 07 09 87** (Page 1 of 1 )                    Office: **INDIANAPOLIS IN**

001669

**TRAVELERS**

OTHER INTEREST
INSURING COMPANY:                                                    **CHANGE ENDORSEMENT**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

              **Named Insured:**   648 LAKE STREET LLC

              **Policy Number:**   680-7B753894-17-42
       **Policy Effective Date:**   04/30/2017
      **Policy Expiration Date:**   04/30/2018
                **Issue Date:**   04/26/2017
           **RETURN**    **Premium $**           -425.00

Effective from 04/30/17 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

On the Common Policy Declarations, Item 1. Named Insured and Mailing
Address are changed to:
DEBRA WURSTER
C/O SETTLE PROPERTY MANAGEMENT LLC
1605 ADLER CIR
STE G
PORTAGE IN 46368

On the Businessowners Coverage Part Declarations, the
Limit(s) of Insurance is/are changed as follows:
PREM. BLDG. COVERAGE
NO.   NO.                     FROM      TO

1     1     BUILDING      $3288751  $3000000

Premium Basis and/or Rates are changed. Exposures are changed.

Under the Businessowners Coverage Part, Businessowners Property Coverage,
the Limit of Insurance for Blanket Buildings and Business Personal Property
is changed as follows:

PREM.
LOC.              BLDG.
NO.               NO.              BUILDINGS AND
                                   BUSINESS PERSONAL PROPERTY
                                   LIMIT OF INSURANCE: $3005908 BLANKET LIMIT

NAME AND ADDRESS OF AGENT OR BROKER          Countersigned by

HAYWOOD AND FLEMING ASSC
650 S LAKE ST
                                             _____
                                                   Authorized Representative
GARY                    IN   46403
                                             DATE: 04/26/2017
                                             _____

IL T0 07 09 87  (Page  1  of 2  )                      Office: INDIANAPOLIS IN

003267

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

|  |  |
|---|---|
| **Policy Number:** | 680-7B753894-17-42 |
| **Policy Effective Date:** | 04/30/2017 |
| **Policy Expiration Date:** | 04/30/2018 |
| **Issue Date:** | 04/26/2017 |

1                    1

```
VALUATION:          R
COINSURANCE:        0
INFLATION GUARD:    0.0%
```

The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing
on the policy:
PN IN 01 05 10
IL T0 07 09 87
CG D2 83 11 03

POLICY NUMBER:   680-7B753894-17-42

EFFECTIVE DATE:   04/30/2017

ISSUE DATE:   04/26/2017

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

| | | |
|---|---|---|
| * | IL T0 07 09 87 | CHANGE ENDORSEMENT |
| | IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| | IL T0 25 08 01 | RENEWAL CERTIFICATE |
| | MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| | IL T3 15 09 07 | COMMON POLICY CONDITIONS |

BUSINESSOWNERS

| | |
|---|---|
| MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
| MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
| MP T3 06 02 07 | SEWER OR DRAIN BACK UP EXTENSION |
| MP T3 07 03 97 | PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS |
| MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
| MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
| MP T3 23 08 06 | FUNGUS, ROT, BACTERIA AND OTHER CAUSES OF LOSS CHANGES |
| MP T9 70 03 06 | POWER PAC ENDORSEMENT |
| CP T9 59 02 11 | INDIANA CHANGES-RIGHTS OF RECOVERY |

COMMERCIAL GENERAL LIABILITY

| | | |
|---|---|---|
| | CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
| | CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| | CG D2 37 11 03 | EXCLUSION - REAL ESTATE DEVELOPMENT ACTIVITIES - COMPLETED OPERATIONS |
| | CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
| * | CG D2 83 11 03 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT |
| | CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
| | CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
| | CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |
| | CG D1 86 11 03 | XTEND ENDORSEMENT |
| | CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |
| | CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| | MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| | CG D2 43 01 02 | FUNGI OR BACTERIA EXCLUSION |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

POLICY NUMBER:  680-7B753894-17-42

EFFECTIVE DATE:  04/30/2017

ISSUE DATE:  04/26/2017

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | |
|---|---|
| CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG F1 19 09 08 | INDIANA CHANGES - DEFINITION OF POLLUTANTS |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |

EMPLOYMENT PRACTICES LIABILITY

| | |
|---|---|
| PR T0 07 02 15 | EMPLOYMENT PRACTICES LIAB COVG PART DEC |
| PR T1 10 04 09 | EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM |
| PR T5 23 03 15 | COVG FOR FINANCIAL INTEREST IN FOREIGN ORGANIZATIONS-EMPLOYMENT PRACTICES LIABILITY |
| PR F4 15 09 14 | INDIANA MANDATORY ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 17 12 10 | INDIANA CHANGES - WORKERS COMPENSATION EXCL |
| IL 01 56 09 07 | INDIANA CHANGES - CONCEALMENT, MISREPRESENTATION OR FRAUD |
| IL 01 58 09 08 | INDIANA CHANGES |
| IL 01 92 02 08 | INDIANA CHANGES - POLLUTION |
| IL 02 72 09 07 | INDIANA CHANGES - CANCELLATION AND NONRENEWAL |
| IL F0 59 09 07 | INDIANA CHANGES - DEFINITION OF POLLUTANTS |

POLICY HOLDER NOTICES


\* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

POLICY NUMBER:  680-7B753894-17-42

EFFECTIVE DATE:  04/30/2017

ISSUE DATE:  04/26/2017

| | | |
|---|---|---|
| | PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |
| | PN IN 01 05 10 | IMPORTANT NOTICE -FILING  COMPLAINTS WITH THE INDIANA DEPARTMENT OF INSURANCE |
| * | PN MP 38 01 11 | IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS |
| | PN T0 64 11 15 | IMPORTANT ANNOUNCEMENT TO CURRENT AND NEW INDIANA POLICYHOLDERS |





* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01                                    PAGE:    3    OF    3

003269

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: 680-7B753894-17-42

ISSUE DATE: 04/26/2017

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Premises:**

**Project:**

650 S LAKE ST GARY , IN 46403



(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury", "property damage", "personal injury", "advertising injury" and medical expenses arising out of:

1.  The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2.  The project shown in the Schedule.

This page intentionally left blank.

# IMPORTANT NOTICE – FILING COMPLAINTS WITH THE INDIANA DEPARTMENT OF INSURANCE

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

**Questions regarding your policy or coverage should be directed to:**

> **Travelers**
>
> **(800) 328-2189**

If you (a) need the assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer, you may contact the Department of Insurance by mail, telephone or email:

> State of Indiana Department of Insurance
> Consumer Services Division
> 311 West Washington Street, Suite 300
> Indianapolis, Indiana 46204
> Consumer Hotline:  (800) 622-4461; (317) 232-2395

> Complaints can be filed electronically at www.in.gov/idoi

**PN IN 01 05 10**

003272

POLICY NUMBER: 680-7B753894-17-42

EFFECTIVE DATE: 04/30/2017

ISSUE DATE: 05/01/2017

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

| | | |
|---|---|---|
| * | IL T0 07 09 87 | CHANGE ENDORSEMENT |
| | IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| | IL T0 25 08 01 | RENEWAL CERTIFICATE |
| | MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| | IL T3 15 09 07 | COMMON POLICY CONDITIONS |

BUSINESSOWNERS

| | |
|---|---|
| MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
| MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
| MP T3 06 02 07 | SEWER OR DRAIN BACK UP EXTENSION |
| MP T3 07 03 97 | PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS |
| MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
| MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
| MP T3 23 08 06 | FUNGUS, ROT, BACTERIA AND OTHER CAUSES OF LOSS CHANGES |
| MP T9 70 03 06 | POWER PAC ENDORSEMENT |
| CP T9 59 02 11 | INDIANA CHANGES-RIGHTS OF RECOVERY |

COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
| CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG D2 37 11 03 | EXCLUSION - REAL ESTATE DEVELOPMENT ACTIVITIES - COMPLETED OPERATIONS |
| CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
| CG D2 83 11 03 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT |
| CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
| CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
| CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |
| CG D1 86 11 03 | XTEND ENDORSEMENT |
| CG D2 12 97 | AMEND - NON CUMULATION OF EACH OCC |
| CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| CG D2 43 01 02 | FUNGI OR BACTERIA EXCLUSION |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**POLICY NUMBER:**   680-7B753894-17-42

**EFFECTIVE DATE:**   04/30/2017

**ISSUE DATE:**   05/01/2017

PN T4 54 01 08      IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND
                     BROKER COMPENSATION
PN IN 01 05 10      IMPORTANT NOTICE -FILING  COMPLAINTS WITH THE INDIANA
                     DEPARTMENT OF INSURANCE
PN MP 38 01 11      IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS


PN T0 64 11 15      IMPORTANT ANNOUNCEMENT TO CURRENT AND NEW INDIANA
                     POLICYHOLDERS





* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

001671

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**OTHER INTEREST**
**INSURING COMPANY:**
**CHANGE ENDORSEMENT**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

**Named Insured:** 648 LAKE STREET LLC

|  |  |
|---|---|
| **Policy Number:** | 680-7B753894-17-42 |
| **Policy Effective Date:** | 04/30/2017 |
| **Policy Expiration Date:** | 04/30/2018 |
| **Issue Date:** | 04/26/2017 |
| **RETURN** | **Premium $** | -425.00 |

Effective from 04/30/17 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

On the Common Policy Declarations, Item 1. Named Insured and Mailing
Address are changed to:
DEBRA WURSTER
C/O SETTLE PROPERTY MANAGEMENT LLC
1605 ADLER CIR
STE G
PORTAGE IN 46368

On the Businessowners Coverage Part Declarations, the
Limit(s) of Insurance is/are changed as follows:
PREM. BLDG. COVERAGE
NO.   NO.                        FROM      TO

1     1     BUILDING      $3288751  $3000000

Premium Basis and/or Rates are changed. Exposures are changed.

Under the Businessowners Coverage Part, Businessowners Property Coverage,
the Limit of Insurance for Blanket Buildings and Business Personal Property
is changed as follows:

PREM.
LOC.                    BLDG.
NO.                     NO.                BUILDINGS AND
                                          BUSINESS PERSONAL PROPERTY
                                          LIMIT OF INSURANCE: $3005908 BLANKET LIMIT

**NAME AND ADDRESS OF AGENT OR BROKER**          Countersigned by

HAYWOOD AND FLEMING ASSC
650 S LAKE ST                                    _____
                                                 Authorized Representative
GARY                        IN   46403
                                                 DATE: 04/26/2017
                                                 _____

**IL T0 07 09 87** (Page  1  of 2 )                      Office:  INDIANAPOLIS IN

**TRAVELERS** ⌐

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**Policy Number:** 680-7B753894-17-42
**Policy Effective Date:** 04/30/2017
**Policy Expiration Date:** 04/30/2018
**Issue Date:** 04/26/2017

1                    1                    VALUATION:                R
                                          COINSURANCE:              0
                                          INFLATION GUARD:          0.0%

The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing
on the policy:
PN IN 01 05 10
IL T0 07 09 87
CG D2 83 11 03

**IL T0 07 09 87** (Page 2 of 2 )
Office: **INDIANAPOLIS IN**
Producer Name: **HAYWOOD AND FLEMING ASSC**

POLICY NUMBER: 680-7B753894-17-42

EFFECTIVE DATE: 04/30/2017

ISSUE DATE: 04/26/2017

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

|   | | |
|---|---|---|
| * | IL T0 07 09 87 | CHANGE ENDORSEMENT |
|   | IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
|   | IL T0 25 08 01 | RENEWAL CERTIFICATE |
|   | MP T0 01 01 01 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
|   | IL T3 15 09 07 | COMMON POLICY CONDITIONS |

BUSINESSOWNERS

|   | | |
|---|---|---|
|   | MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
|   | MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
|   | MP T3 06 02 07 | SEWER OR DRAIN BACK UP EXTENSION |
|   | MP T3 07 03 97 | PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS |
|   | MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
|   | MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
|   | MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
|   | MP T3 23 08 06 | FUNGUS, ROT, BACTERIA AND OTHER CAUSES OF LOSS CHANGES |
|   | MP T9 70 03 06 | POWER PAC ENDORSEMENT |
|   | CP T9 59 02 11 | INDIANA CHANGES-RIGHTS OF RECOVERY |

COMMERCIAL GENERAL LIABILITY

|   | | |
|---|---|---|
|   | CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
|   | CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
|   | CG D2 37 11 03 | EXCLUSION - REAL ESTATE DEVELOPMENT ACTIVITIES - COMPLETED OPERATIONS |
|   | CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
| * | CG D2 83 11 03 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT |
|   | CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
|   | CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
|   | CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |
|   | CG D1 86 11 03 | XTEND ENDORSEMENT |
|   | CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |
|   | CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
|   | MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
|   | CG D2 43 01 02 | FUNGI OR BACTERIA EXCLUSION |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

POLICY NUMBER:  680-7B753894-17-42

EFFECTIVE DATE:  04/30/2017

ISSUE DATE:  04/26/2017

**COMMERCIAL GENERAL LIABILITY (CONTINUED)**

| | |
|---|---|
| CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG F1 19 09 08 | INDIANA CHANGES - DEFINITION OF POLLUTANTS |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |

**EMPLOYMENT PRACTICES LIABILITY**

| | |
|---|---|
| PR T0 07 02 15 | EMPLOYMENT PRACTICES LIAB COVG PART DEC |
| PR T1 10 04 09 | EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM |
| PR T5 23 03 15 | COVG FOR FINANCIAL INTEREST IN FOREIGN ORGANIZATIONS-EMPLOYMENT PRACTICES LIABILITY |
| PR F4 15 09 14 | INDIANA MANDATORY ENDORSEMENT |

**MULTIPLE SUBLINE ENDORSEMENTS**

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

**INTERLINE ENDORSEMENTS**

| | |
|---|---|
| IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 17 12 10 | INDIANA CHANGES - WORKERS COMPENSATION EXCL |
| IL 01 56 09 07 | INDIANA CHANGES - CONCEALMENT, MISREPRESENTATION OR FRAUD |
| IL 01 58 09 08 | INDIANA CHANGES |
| IL 01 92 02 08 | INDIANA CHANGES - POLLUTION |
| IL 02 72 09 07 | INDIANA CHANGES - CANCELLATION AND NONRENEWAL |
| IL F0 59 09 07 | INDIANA CHANGES - DEFINITION OF POLLUTANTS |

**POLICY HOLDER NOTICES**

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

POLICY NUMBER:  680-7B753894-17-42

EFFECTIVE DATE:  04/30/2017

ISSUE DATE:  04/26/2017

|  |  |  |
|---|---|---|
| | PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |
| | PN IN 01 05 10 | IMPORTANT NOTICE -FILING  COMPLAINTS WITH THE INDIANA DEPARTMENT OF INSURANCE |
| * | PN MP 38 01 11 | IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS |
| | PN T0 64 11 15 | IMPORTANT ANNOUNCEMENT TO CURRENT AND NEW INDIANA POLICYHOLDERS |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: 680-7B753894-17-42

ISSUE DATE: 04/26/2017

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Premises:**

**Project:**

650 S LAKE ST GARY , IN 46403

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury", "property damage", "personal injury", "advertising injury" and medical expenses arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2. The project shown in the Schedule.

CG D2 83 11 03                  Copyright, The Travelers Indemnity Company, 2003                  Page 1 of 1
Includes copyrighted material of Insurance Services Office Inc., with its permission.

CHANGE OVERPRINT /CHANGE SLIP

**POLICY NUMBER:** 680-7B753894-17-42
**ISSUE DATE:** 04/26/2017
**RATER:** SK
**CHANGE EFFECTIVE DATE:** 04-30-17
**EFFECTIVE DATE:** 04/30/2017
**EXPIRATION DATE:** 04/30/2018

**INSURED'S NAME:** DEBRA WURSTER

**New/Renewal:** R
**Solicitor Code:**
**SAI:** 4651F8164
**MSI:** I
**Rating Mode:**

**Special Code:**
**Program Code:** 415
**Paymode:** L
**Audit Frequency:** N
**Responsibility:** I

**Watch File:**
**Survey Code:**
**Reinsurance:** £
**DOWNSTREAM**
**Pro Rata Factor:** 1.000

**PREMIUM SUMMARY**

| S.B. | ACCT. MO. | EFF. DATE | PREMIUM .1500 | |
|------|-----------|-----------|---------------|--|
| 20/04 | 04-30-17 | | 425.00CR | 425.00CR |

425.00CR

**Type Code**

**Type Code Description**

**OFFICE:** INDIANAPOLIS IN    088
**PRODUCER NAME:** HAYWOOD AND FLEMING ASSC          CFF37
**Page 1 of 1**

# TRAVELERS⌐

One Tower Square, Hartford, Connecticut 06183

**RENEWAL CERTIFICATE**

| COMMON POLICY DECLARATIONS | POLICY NO.: 680-7B753894-17-42 |
|---|---|
| BUILDING PAC | ISSUE DATE: 03/20/2017 |
| BUSINESS:OFFICE | |

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

1. **NAMED INSURED AND MAILING ADDRESS:**
   648 LAKE STREET LLC
   C/O 1ST AMERICAN MANAGEMENT COMPANY, I
   JOHN MARSHALL, CPM
   3408 ENTERPRISE AVENUE
   VALPARAISO IN 46383

2. **POLICY PERIOD:** From 04/30/2017 to 04/30/2018 12:01 A.M. Standard Time at your mailing address.

3. **LOCATIONS:**

| PREM. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) |
|---|---|---|---|
| 001 | 001 | OFFICE | 650 S LAKE ST |
| | | | GARY                          IN  46403 |

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES**

| COVERAGE PARTS AND SUPPLEMENTS | INSURING COMPANY |
|---|---|
| Businessowners Coverage Part | ACJ |

5. The COMPLETE POLICY consists of this declarations and all other declarations, and the forms and endorse-ments for which symbol numbers are attached on a separate listing.

6. **SUPPLEMENTAL POLICIES:** Each of the following is a separate policy containing its complete provisions.

| POLICY | POLICY NUMBER | INSURING COMPANY |
|---|---|---|

DIRECT BILL

7. **PREMIUM SUMMARY:**

| | | |
|---|---|---|
| Provisional Premium | $ | 5,352.00 |
| Due at Inception | $ | |
| Due at Each | $ | |

| NAME AND ADDRESS OF AGENT OR BROKER | COUNTERSIGNED BY: |
|---|---|
| HAYWOOD AND FLEMING ASSC         CFF37 | |
| 650 S LAKE ST | |
| | _____ |
| | Authorized Representative |
| GARY                          IN 46403 | |
| IL T0 25 08 01   (Page 1 of  01) | DATE: 03/20/2017 |
| Office: INDIANAPOLIS IN     DOWN | |

**TRAVELERS** ☂

One Tower Square, Hartford, Connecticut 06183

**BUSINESSOWNERS COVERAGE PART DECLARATIONS**

BUILDING PAC

**POLICY NO.:**  680-7B753894-17-42
**ISSUE DATE:** 03/20/2017

INSURING COMPANY:
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

POLICY PERIOD:
From 04-30-17 to 04-30-18 12:01 A.M. Standard Time at your mailing address

FORM OF BUSINESS:  LIMITED LIAB CORP

COVERAGES AND LIMITS OF INSURANCE:  Insurance applies only to an item for which a "limit" or the word "included" is shown.

### COMMERCIAL GENERAL LIABILITY COVERAGE

| OCCURRENCE FORM | LIMITS OF INSURANCE |
|---|---|
| General Aggregate (except Products-Completed Operations Limit) | $   2,000,000 |
| Products-completed Operations Aggregate Limit | $   2,000,000 |
| Personal and Advertising Injury Limit | $   1,000,000 |
| Each Occurrence Limit | $   1,000,000 |
| Damage to Premises Rented to You | $     300,000 |
| Medical Payments Limit (any one person) | $       5,000 |

### BUSINESSOWNERS PROPERTY COVERAGE

DEDUCTIBLE AMOUNT:  Businessowners Property Coverage: $ 5,000 per occurrence.
                    Building Glass:               $ 5,000 per occurrence.

BUSINESS INCOME/EXTRA EXPENSE LIMIT:   Actual loss for 12 consecutive months

Period of Restoration-Time Period:     Immediately

ADDITIONAL COVERAGE:
   Fine Arts:               $      25,000

Other additional coverages apply and may be changed by an endorsement.   Please read the policy.

SPECIAL PROVISIONS:

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 02 05   (Page 1 of 3)

## BUSINESSOWNERS PROPERTY COVERAGE

**PREMISES LOCATION NO.:** 001          **BUILDING NO.:** 001

| COVERAGE | | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|---|---|---|---|---|---|
| BUILDING | $ | 3,294,659 Blanket Limit | RC* | N/A | 0.0% |
| *Replacement Cost | | | | | |
| | | | | | |
| BUSINESS PERSONAL PROPERTY | | INCLUDED IN BLANKET LIMIT | RC* | N/A | 0.0% |
| *Replacement Cost | | | | | |

COVERAGE EXTENSIONS:

| | | |
|---|---|---|
| Accounts Receivable | $ | 25,000 |
| Valuable Papers | $ | 25,000 |

Other  coverage extensions apply and may be changed by an endorsement.  Please read the policy.

**MP T0 01 02 05   (Page 2 of 3)**

POLICY NUMBER: 680-7B753894-17-42

EFFECTIVE DATE: 04/30/2017

ISSUE DATE: 03/20/2017

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

|   |   |   |
|---|---|---|
|   | IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| * | IL T0 25 08 01 | RENEWAL CERTIFICATE |
| * | MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
|   | IL T3 15 09 07 | COMMON POLICY CONDITIONS |

BUSINESSOWNERS

|   |   |   |
|---|---|---|
|   | MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
|   | MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
| * | MP T3 06 02 07 | SEWER OR DRAIN BACK UP EXTENSION |
| * | MP T3 07 03 97 | PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS |
|   | MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
|   | MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
|   | MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
| * | MP T3 23 08 06 | FUNGUS, ROT, BACTERIA AND OTHER CAUSES OF LOSS CHANGES |
|   | MP T9 70 03 06 | POWER PAC ENDORSEMENT |
|   | CP T9 59 02 11 | INDIANA CHANGES-RIGHTS OF RECOVERY |

COMMERCIAL GENERAL LIABILITY

|   |   |   |
|---|---|---|
|   | CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
|   | CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
|   | CG D2 37 11 03 | EXCLUSION - REAL ESTATE DEVELOPMENT ACTIVITIES - COMPLETED OPERATIONS |
|   | CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
|   | CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
|   | CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
|   | CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |
|   | CG D1 86 11 03 | XTEND ENDORSEMENT |
|   | CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |
|   | CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| * | MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
|   | CG D2 43 01 02 | FUNGI OR BACTERIA EXCLUSION |
|   | CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
|   | CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
|   | CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

POLICY NUMBER:  680-7B753894-17-42

EFFECTIVE DATE:  04/30/2017

ISSUE DATE:  03/20/2017

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | |
|---|---|
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG F1 19 09 08 | INDIANA CHANGES - DEFINITION OF POLLUTANTS |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |

EMPLOYMENT PRACTICES LIABILITY

| | | |
|---|---|---|
| * | PR T0 07 02 15 | EMPLOYMENT PRACTICES LIAB COVG PART DEC |
| | PR T1 10 04 09 | EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM |
| | PR T5 23 03 15 | COVG FOR FINANCIAL INTEREST IN FOREIGN ORGANIZATIONS-EMPLOYMENT PRACTICES LIABILITY |
| | PR F4 15 09 14 | INDIANA MANDATORY ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

| | | |
|---|---|---|
| | IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| | IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| | IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| | IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| | IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| | IL 01 17 12 10 | INDIANA CHANGES - WORKERS COMPENSATION EXCL |
| | IL 01 56 09 07 | INDIANA CHANGES - CONCEALMENT, MISREPRESENTATION OR FRAUD |
| | IL 01 58 09 08 | INDIANA CHANGES |
| * | IL 01 92 02 08 | INDIANA CHANGES - POLLUTION |
| | IL 02 72 09 07 | INDIANA CHANGES - CANCELLATION AND NONRENEWAL |
| | IL F0 59 09 07 | INDIANA CHANGES - DEFINITION OF POLLUTANTS |

POLICY HOLDER NOTICES

| | |
|---|---|
| PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |
| PN MP 38 01 11 | IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

POLICY NUMBER: 680-7B753894-17-42

EFFECTIVE DATE: 04/30/2017

ISSUE DATE: 03/20/2017

PN T0 64 11 15    IMPORTANT ANNOUNCEMENT TO CURRENT AND NEW INDIANA
POLICYHOLDERS

\* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

# TRAVELERS J

One Tower Square, Hartford, Connecticut  06183

**MORTGAGEES:**

**POLICY NO.:**  680-7B753894-17-42
**ISSUE DATE:**  03/20/2017

| PREMISES LOCATION NUMBER | BUILDING NUMBER | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| 001 | 001 | CENTIER BANK ISAOA<br>600 E 84TH AVE<br>MERRILLVILLE          IN 46410 |

POLICY NUMBER: 680-7B753894-17-42

BUSINESSOWNERS
ISSUE DATE: 03/20/2017

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SEWER OR DRAIN BACK UP EXTENSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

## SCHEDULE

**Limit of Insurance  $ 50000**

The following is added to Paragraph **A. 7. Coverage Extensions** :

**Water or Sewage Back Up and Sump Overflow**

**(1)** When the Declarations show that you have coverage for Building or Business Personal Property, you may extend that insurance to apply to direct physical loss of or damage to Covered Property at the described premises caused by or resulting from water or sewage that backs up or overflows from a sewer, drain or sump.

**(2)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may also extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur caused by or resulting from water or sewage that backs up or overflows from a sewer, drain or sump.

**(3)** Paragraph **B.1.g.(3)** does not apply to this Coverage Extension.

**(4)** The most we will pay under this Coverage Extension in any one occurrence at each described premises is the Limit of Insurance shown in the Schedule above.

POLICY NUMBER: 680-7B753894-17-42

BUSINESSOWNERS
ISSUE DATE: 03/20/2017

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

## SCHEDULE*

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable | Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|---|---|---|
| 001 | 001 | P-1 | | | |

1. The following is added to the:

    BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM
    BUSINESSOWNERS PROPERTY COVERAGE STANDARD FORM

    **PROTECTIVE SAFEGUARDS**

    a. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

    b. The protective safeguards to which this endorsement applies are identified by the following symbols:

    "P-1" Automatic Sprinkler System, including related supervisory services

    Automatic Sprinkler System means:

    (1) Any automatic fire protective or extinguishing system, including connected:

    (a) Sprinklers and discharge nozzles;

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations

Includes Material Copyrighted by Insurance Services Office, Inc.
ISO Commercial Risk Services, Inc.

**MP T3 07 03 97**

(b) Ducts, pipes, valves and fittings;

(c) Tanks, their component parts and supports; and

(d) Pumps and private fire protection mains.

(2) When supplied from an automatic fire protective system:

(a) Non-automatic fire protective systems; and

(b) Hydrants, standpipes and outlets.

"P-9"

2. The following is added to the EXCLUSION section of:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM
BUSINESSOWNERS PROPERTY COVERAGE STANDARD FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

a. Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

b. Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can   restore full protection within 48 hours.

Includes Material Copyrighted by Insurance Services Office, Inc.
ISO Commercial Risk Services, Inc.

MP T3 07 03 97

POLICY NUMBER:  680-7B753894-17-42

BUSINESSOWNERS
ISSUE DATE: 03/20/2017

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGUS, WET ROT, DRY ROT AND OTHER CAUSES OF LOSS CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE PART

**A. SCHEDULE**

Limited "Fungus", Wet Rot or Dry Rot Coverage:

**Direct Damage Limit of Insurance**

$15,000    **OR**    ☐ $25,000    ☐ $50,000    ☐ $100,000    ☐ $250,000

**B.** The EXCLUSIONS contained in Section **B.** of the BUSINESSOWNERS PROPERTY COVERAGE FORM are amended as follows:

1. The following exclusion is added to **B.1.**:

   **"Fungus", Wet Rot or Dry Rot**

   **a.** We will not pay for loss or damage, or any increase in the amount of loss or damage, caused directly or indirectly by or resulting from the presence, growth, proliferation, spread or any activity of "fungus", wet rot or dry rot.

   But if "fungus", wet rot or dry rot results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

   This exclusion does not apply:

   **(1)** When "fungus", wet rot or dry rot results from fire or lightning; or

   **(2)** To the extent that coverage is provided in the Additional Coverage – Limited "Fungus", Wet Rot or Dry Rot in Section **C.1.** below of this endorsement with respect to loss or damage by a cause of loss other than fire or lightning.

2. The exclusions contained in **B.2.** are amended as follows:

   **a.** Under exclusion **B.2.d.(2)**, reference to fungus, wet rot or dry rot, mold is deleted.

   **b.** Exclusion **B.2.f.** is deleted and replaced by the following:

   We will not pay for loss or damage caused by or resulting from continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor that occurs over a period of 14 days or more.

**C.** The Additional Coverages contained in Section **A.6.** of the BUSINESSOWNERS PROPERTY COVERAGE FORM are amended as follows:

1. The following Additional Coverage is added:

   **Additional Coverage – Limited "Fungus", Wet Rot or Dry Rot**

   **a.** The coverage described in **b.** and **c.** below only applies when the "fungus", wet rot or dry rot is the result of a "specified cause of loss", other than fire or lightning, that occurs during the policy period and only if all reasonable means have been used to save and preserve the property from further damage at the time of and after that occurrence.

   **b.** Limited "Fungus", Wet Rot or Dry Rot – Direct Damage

   **(1)** We will pay for direct physical loss or damage to Covered Property caused by "fungus", wet rot or dry rot, including:

   **(a)** The cost of removal of the "fungus", wet rot or dry rot;

   **(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet rot or dry rot; and

   **(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that

"fungus", wet rot or dry rot are present.

(2) The coverage described in **b.(1)** above is limited to $15,000, or the limit of insurance shown in the Schedule of this endorsement for Limited "Fungus", Wet Rot or Dry Rot Coverage – Direct Damage. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage under this coverage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12 month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet rot or dry rot, we will not pay more than a total of this annual limit even if the "fungus", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

(3) The coverage provided under this Limited "Fungus", Wet Rot or Dry Rot Coverage – Direct Damage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet rot or dry rot, and other loss or damage, we will not pay more for the total of all loss or damage than the applicable Limit of Insurance on the Covered Property.

(4) If there is covered loss or damage to Covered Property that is not caused by "fungus", wet rot or dry rot, loss payment will not be limited by the terms of this Limited "Fungus", Wet Rot or Dry Rot Coverage – Direct Damage, except to the extent that "fungus", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited "Fungus", Wet Rot or Dry Rot Coverage – Direct Damage.

c. Limited "Fungus", Wet Rot or Dry Rot Coverage – Business Income and Extra Expense

The following Limited "Fungus", Wet Rot or Dry Rot Coverage provisions for Business Income and Extra Expense apply only if Business Income and/or Extra Ex-

pense coverage applies to the described premises and only if the suspension of "operations" satisfies all of the terms of the applicable Business Income and/or Extra Expense coverage:

(1) If the loss which results in the "fungus", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension of "operations" is necessary due to loss or damage to property at the described premises caused by "fungus", wet rot or dry rot, then our payment for Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(2) If a covered suspension of "operations" is caused by loss or damage at the described premises by other than "fungus", wet rot or dry rot, but remediation of "fungus", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay, regardless of when such a delay occurs during the "period of restoration", but such coverage is limited to 30 days. The days need not be consecutive.

The coverage provided under this Limited "Fungus", Wet Rot or Dry Rot Coverage – Business Income and Extra Expense is included in, and not in addition to any limit or description of coverage for Business Income shown on the Businessowners Coverage Part Declarations or under the Extra Expense Additional Coverage.

d. The terms of this Limited Coverage do not increase or reduce the coverage under the Water Damage, Other Liquids, Powder or Molten Damage Additional Coverage Extension or the coverage provided for collapse of buildings or structures under the Collapse of Buildings exclusion.

D. The DEFINITIONS contained in Section **G.** are amended as follows:

1. The definition of "Specified Causes of Loss" is deleted and replaced by the following:

"Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil

commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse as defined below; volcanic action; falling objects as limited below; weight of snow, ice or sleet; and water damage as defined below; all only as otherwise insured against in this Coverage Form.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

  (1) The cost of filling sinkholes; or

  (2) Sinking or collapse of land into man-made underground cavities.

b. Falling objects does not include loss or damage to:

  (1) Personal property in the open; or

  (2) The "interior of a building or structure", or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

When the Causes of Loss – Earthquake endorsement, Causes of Loss – Earthquake Sprinkler Leakage endorsement or Causes of Loss – Broad Form Flood endorsement is included in this policy, "specified causes of loss" also includes such cause of loss, but only to the extent such cause of loss is insured against under this Coverage Form.

2. The following definition is added:

  "Fungus" means any type or form of fungus, including but not limited to mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

E. Ordinance or Law Coverage Change

Under:

1. The ordinance or law coverage in Section A.6.i. Increased Cost of Construction of the Businessowners Property Coverage Form;

2. Ordinance or Law Coverage endorsement MP T1 35; and

3. Any other Ordinance or Law coverage or Ordinance or Law – Increased "Period of Restoration" coverage provided under this Coverage Part;

the following exclusion is added:

  This coverage does not apply to:

  a. Loss caused by or resulting from the enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to the presence, growth, proliferation, spread or any activity of "fungus", wet rot or dry rot; or

  b. Costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "fungus", wet rot or dry rot.

POLICY NUMBER: 680-7B753894-17-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 03/20/2017

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NONOWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE**

Insurance is provided only with respect to those coverages for which a specific premium charge is shown:

| COVERAGE | ADDITIONAL PREMIUM |
|---|---|
| Hired Auto Liability | $ INCLUDED |
| Nonowned Auto Liability | $ INCLUDED |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**PROVISIONS**

**A. COVERAGE**

If a premium charge is shown in the SCHEDULE above, the insurance provided under **Section I – Coverage A – Bodily Injury And Property Damage Liability** applies to "bodily injury" and "property damage" arising out of the maintenance or use of a "hired auto" or "nonowned auto". Maintenance or use of a "nonowned auto" includes test driving in connection with an "auto business".

**B. EXCLUSIONS**

With respect to the insurance provided by this endorsement:

1. The exclusions, under **Section I – Coverage A – Bodily Injury And Property Damage Liability**, other than exclusions **a., b., d., e., f.** and **l.** and the Nuclear Energy Liability Exclusion (Broad Form) are deleted and replaced by the following:

   **a.** "Bodily injury" to:

      **(1)** Any fellow "employee" of the insured arising out of and in the course of:

         **(a)** Employment by the insured; or

         **(b)** Performing duties related to the conduct of the insured's business.

   **b.** "Property damage" to:

      **(1)** Property owned or being transported by, or rented or loaned to the insured; or

      **(2)** Property in the care, custody or control of the insured.

**C. WHO IS AN INSURED**

**Section II – Who Is An Insured** is replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

1. You;

2. Anyone else including any partner or "executive officer" of yours while using with your permission a "hired auto" or a "nonowned auto" except:

   **a.** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner or lessee of a "nonowned auto" or any agent or "employee" of any such owner or lessee;

   **b.** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household;

   **c.** Your "employee" if the covered "auto" is leased, hired or rented by him or her or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

   **d.** Any partner or "executive officer" with respect to any "auto" owned by such partner or officer or a member of his or her household;

   **e.** Any partner or "executive officer" with respect to any "auto" leased or rented to such partner or officer or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

Copyright, The Travelers Indemnity Company, 2003
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, The Travelers Indemnity Company, 2003     **MP T1 25 11 03**

Page 2 of 2

COMMERCIAL GENERAL LIABILITY

**f.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**g.** Anyone other than your "employees", partners, a lessee or borrower or any of their "employees", while moving property to or from a "hired auto" or a "nonowned auto"; or

**3.** Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under **1.** or **2.** above.

**D. AMENDED DEFINITIONS**

The Definition of "insured contract" of **Section V – Definitions** is amended by the addition of the following exceptions to paragraph **f.**:

Paragraph **f.** does not include that part of any contract or agreement:

**(4)** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**(5)** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**E. ADDITIONAL DEFINITIONS**

**Section V – Definitions** is amended by the addition of the following definitions:

**1.** "Auto Business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include:

**a.** Any "auto" you lease, hire or rent under a lease or rental agreement for a period of 180 days or more, or

**b.** Any "auto" you lease, hire, rent or borrow from any of your "employees", partners, stockholders, or members of their households.

**3.** "Nonowned auto" means any "autos" you do not own, lease, hire, rent or borrow that are being used in the course and scope of your business at the time of an "occurrence". This includes "autos" owned by your "employees" or partners or members of their households but only while being used in the course and scope of your business at the time of an "occurrence".

If you are a sole proprietor, "nonowned auto" means any "autos" you do not own, lease, hire, rent or borrow that are being used in the course and scope of your business or personal affairs at the time of an "occurrence".

# EMPLOYMENT PRACTICES LIABILITY[+]

# EMPLOYMENT PRACTICES LIABILITY[+]



**TRAVELERS J**

One Tower Square, Hartford, Connecticut 06183

**EMPLOYMENT PRACTICES LIABILITY+**
**WITH IDENTITY FRAUD EXPENSE**
**REIMBURSEMENTCOVERAGE PART**
**DECLARATIONS**

**POLICY NO.: 680-7B753894-17-42**
**ISSUE DATE:03/20/2017**

## THIS FORM PROVIDES CLAIMS-MADE COVERAGE WITH DEFENSE EXPENSES INCLUDED IN THE LIMIT OF LIABILITY FOR EMPLOYMENT PRACTICES LIABILITY COVERAGE

**INSURING COMPANY:** TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

**POLICY PERIOD:** From 04/30/2017 to 04/30/2018 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Employment Practices Liability+ With Identity Fraud Expense Reimbursement Coverage Part consists of these Declarations and the Coverage Form shown below.

**ITEM 1.    LIMIT OF INSURANCE AND RETENTION FOR EMPLOYMENT PRACTICES LIABILITY COVERAGE**

**Limit of Insurance:    $ 100,000**
**(Defense Expenses are included within the Limit of Insurance)**

**Retention Amount applicable to each Employment Practices Liability Claim: $ 2,500**

**ITEM 2.    LIMIT OF INSURANCE AND DEDUCTIBLE FOR IDENTITY FRAUD EXPENSE REIMBURSEMENT COVERAGE**

**Limit of Insurance:    $ 2,500**

**Deductible Amount applicable to Identity Fraud Expense Reimbursement:    $ 0**

**ITEM 3.    EMPLOYMENT PRACTICES LIABILITY COVERAGE EXTENDED REPORTING PERIOD**

Subject to the terms and conditions of the Employment Practices Liability Coverage, an optional Extended Reporting Period may be purchased for: 12 months for 75% % of the Premium for the **Policy Period**.

**ITEM 4.    EMPLOYMENT PRACTICES LIABILITY CONTINUITY DATE**

**Continuity Date:** 04/30/2014

**ITEM 5.    PREMIUM:** INCLUDED

**ITEM 6.    NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

POLICY OVERPRINT

POLICY NUMBER: 680-7B753894-17-42
ISSUE DATE: 03/20/2017
RATER: SD

EFFECTIVE DATE: 04/30/2017
EXPIRATION DATE: 04/30/2018

INSURED'S NAME: 648 LAKE STREET LLC

New/Renewal: R
Solicitor Code:
SAI: 4651F8164
MSI: I
Rating Mode:

Special Code:
Program Code: 415
Paymode: L
Audit Frequency: N
Responsibility: I

Watch File:
Survey Code:
Reinsurance: £
DOWNSTREAM
Pro Rata Factor: 1.000

## PREMIUM SUMMARY

| S.B. | ACCT. MO. | EFF. DATE | PREMIUM .1500 | | |
|------|-----------|-----------|---------------|---|---|
| | 20/04 | 04-30-17 | 5,352.00 | | 5,352.00 |

5,352.00

RENEWING 680-007B753894--16

Type Code                    Type Code Description