# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| DEBRA SETTLE and SETTLE PROPERTY MANAGEMENT, LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 2:20-cv-00012-TLS-JEM<br>) |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | )<br>)<br>) |
| Defendant. | )<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, DEBRA SETTLE and SETTLE PROPERTY MANAGEMENT, LLC, and Defendant, TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, by and through their respective attorneys of record, pursuant to Fed. R. Civ. P. 41(a)(1) and their settlement of all matters in dispute, submit this Joint Stipulation of Dismissal with Prejudice. The parties hereby agree to the dismissal of this action with prejudice with each party to bear its/her own costs and attorney's fees.

Respectfully submitted,

/s/ Matthew B. Dogan
Matthew B. Dogan
Dogan and Dogan
6062 Lute Road
Portage, IN 46368
219-764-0100
mattdogan@doganlaw.com

Attorneys for Plaintiffs, Debra Settle and Settle Property Management, LLC

/s/ Thomas B. Orlando
James B. Glennon
Thomas B. Orlando
Foran Glennon Palandech Ponzi & Rudloff PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312-863-5000
jglennon@fgppr.com
torlando@fgppr.com

Attorneys for Defendant, Travelers Casualty Insurance Company of America

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court to the attorney listed below (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 27th day of December, 2021.

    Matthew Bruce Dogan
    Dogan and Dogan
    6062 Lute Road
    Portage, IN 46368
    mattdogan@doganlaw.com

                                s/ Thomas B. Orlando
                                Thomas B. Orlando